UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GLEN C. LETSINGER, | ) |
| *Petitioner*, | ) ) ) |
| v. | ) No.: 3:14-cv-431-TAV-CCS ) |
| BRUCE WESTBROOKS, Warden[1], | ) ) |
| *Respondent.* | ) |

## MEMORANDUM AND ORDER

This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner has not paid the required $5.00 filing fee nor has he submitted an application to proceed *in forma pauperis*. The Clerk is **DIRECTED** to send petitioner an application to proceed *in forma pauperis*. The Clerk is further **DIRECTED** to hold the petition for thirty (30) days pending receipt of the $5.00 filing fee or an application to proceed *in forma pauperis*. Petitioner is advised that failure to pay the filing fee, or submit a completed application to proceed *in forma pauperis*, within the time allowed will result in the automatic dismissal of this action without further notice by the Clerk of Court.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Petitioner is confined in the Lois M. DeBerry Special Needs Facility. Bruce Westbrooks is the warden of that facility and thus is the proper respondent to this action. The Clerk is **DIRECTED** to correct the docket sheet to indicate the proper respondent.